# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOUNG DUONG, | Case No. 1:13-cv-01767 AWI DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| SIX UNKNOWN AGENTS, et al., | |
| Defendants. | |

Plaintiff Phoung Duong[1] is a federal prisoner currently housed at Yazoo City Medium in Yazoo City, Mississippi. On November 1, 2013, Plaintiff filed what was construed as a civil rights complaint. The complaint was not signed and Plaintiff did not file an application to proceed in forma pauperis or pay the filing fee.

On November 5, 2013, the Court issued an order striking the complaint. Plaintiff was ordered to file a signed complaint and either file an application to proceed in forma pauperis, or pay the filing fee, within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not complied with the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order.

---

[1] The complaint arrived in an envelope marked with Young Yil Jo's name, address and Federal Register Number. Although the name "Phoung Duong" appears in the caption and body of the complaint, the Court was not provided with any contact information for "Phoung Duong."

1

A civil action may not proceed absent the submission of a signed complaint and either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 3, 11(a). Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to comply with the Court's order and for failure to prosecute.

IT IS SO ORDERED.

Dated:   March 18, 2014                                    _____
                                                                                 SENIOR DISTRICT JUDGE

2